L. Jeanette Rice, Esq.
**Walsh, Becker, Moody & Rice**
14300 Gallant Fox Lane #218
Bowie, MD 20715
T: (301) 262-6000
F: (301) 262-4403
E: riceesq@walshbecker.com

Attorneys for Plaintiff,
Gary Brown

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Brown | ) **Case No.: 1:14-cv-01033-ABJ** |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| Williams, Rush & Associates LLC; and DOES 1 TO 10, inclusive. | ) |
| Defendant. | ) |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

**NOTICE IS HEREBY GIVEN** that the Plaintiff, by and through his attorneys, informs this Honorable Court that Plaintiff has settled their case with Defendant, Williams, Rush & Associates, LLC; and DOES 1 TO 10, inclusive.  The parties are in the process of finalizing settlement, and plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

///

///

///

///

|   |   |
|---|---|
| | RESPECTFULLY SUBMITTED, |
| DATED:  November 11, 2014 | **PRICE LAW GROUP APC** |

By: /s/ L. Jeanette Rice
   L. Jeanette Rice, Esq.
   Walsh, Becker, Moody & Rice
   14300 Gallant Fox Lane #218
   Bowie, MD 20715
   T: 301-262-6000
   F: 301-262-4403
   E: riceesq@walshbecker.com
   *Counsel for Plaintiff,*
   *Gary Brown*