# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY BROWN,** | Case No.: 1:14-cv-01033-ABJ |
| Plaintiff, | |
| vs. | **VOLUNTARY DISMISSAL** |
| **WILLIAMS, RUSH & ASSOCIATES, LLC.: and DOES 1 through 10, inclusive,** | |
| Defendants. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff GARY BROWN hereby voluntarily dismisses her claims, with prejudice, against Defendants WILLIAMS, RUSH & ASSOCIATES, LLC.; and DOES 1 through 10, inclusive.

DATED: December 2, 2014

RESPECTFULLY SUBMITTED,

By: /s/ L. Jeanette Rice
L. Jeanette Rice, Esq
Walsh, Becker, Moody & Rice
14300 Gallant Fox Lane # 218
Bowie, MD 20715
T: (301) 262-6000
F: (301) 262-4403
E: riceesq@walshbecker.com
*Attorney for Plaintiff, Gary Brown*